**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

September 07, 2018

Mr. M. Miller Baker
MCDERMOTT & WILL
500 N. Capitol Street, N.W.
Washington, DC 20001

RE: 18-2926 Pharmaceutical Care Management v. Mylynn Tufte, et al

Dear Mr. Baker:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CBO

Enclosure(s)

cc: Mr. Robert Ansley
Ms. Sandra E Ehrmantraut
Ms. Sarah Hogarth
Mr. Alexander J. Kritikos
Daniel Lipton
Howard R. Rubin
Mr. Matthew A Sagsveen
Mr. Robert Thomas Smith
Mr. Robert B. Stock
Mr. Mart Daniel Vogel

District Court/Agency Case Number(s): 1:17-cv-00141-DLH

**Caption For Case Number: 18-2926**

Pharmaceutical Care Management Association

Plaintiff - Appellant

v.

Mylynn Tufte, in her official capacity as the State Health Officer of North Dakota; Mark J. Hardy, in his official capacity as the Executive Director of the North Dakota Board of Pharmacy; Fran Gronberg, in her official capacity as the President of the North Dakota Board of Pharmacy; Wayne Stenehjem, in his official capacity as the Attorney General of North Dakota

Defendants - Appellees

**Addresses For Case Participants: 18-2926**

Mr. M. Miller Baker
MCDERMOTT & WILL
500 N. Capitol Street, N.W.
Washington, DC 20001

Mr. Robert Ansley
U.S. DISTRICT COURT
District of North Dakota
Room 476
220 E. Rosser Avenue
Bismarck, ND 58501-0000

Ms. Sandra E Ehrmantraut
U.S. DISTRICT COURT
District of North Dakota
220 E. Rosser Avenue
Bismarck, ND 58501

Ms. Sarah Hogarth
MCDERMOTT & WILL
500 N. Capitol Street, N.W.
Washington, DC 20001

Mr. Alexander J. Kritikos
MCDERMOTT & WILL
33rd Floor
28 State Street
Boston, MA 02109

Mr. Daniel Lipton
KATTEN & MUCHIN
Suite 200
2900 K Street, N.W.
Washington, DC 20007

Mr. Howard R. Rubin
KATTEN & MUCHIN
Suite 200
2900 K Street, N.W.
Washington, DC 20007

Mr. Matthew A Sagsveen
ATTORNEY GENERAL'S OFFICE
500 N. Ninth Street
Bismarck, ND 58501

Mr. Robert Thomas Smith
KATTEN & MUCHIN
Suite 200
2900 K Street, N.W.

Washington, DC  20007

Mr. Robert B. Stock
VOGEL LAW FIRM
218 NP Avenue
P.O. Box 1389
Fargo, ND  58107-0000

Mr. Mart Daniel Vogel
VOGEL LAW FIRM
218 NP Avenue
P.O. Box 1389
Fargo, ND  58107-0000